# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **Roger Farley, et al** ) | |
| ) | **No. 1:09-0046** |
| **v.** ) | |
| ) | **Judge Trauger** |
| **State Farm Fire & Casualty Co.** ) | |
| ) | **Magistrate Judge Griffin** |

## ORDER GRANTING JOINT MOTION PURSUANT TO RULE 41(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Upon motion by counsel for all parties, and for good cause shown, the matter shall be voluntarily dismissed without prejudice pursuant to Rule 41(a) and pursuant to agreement that if the Plaintiff reinstitutes a civil action in this matter against the Defendant (or any of its successors or assigns) that the Plaintiff shall be ordered to pay all of the Defendant's reasonable costs and attorney's fees incurred up to the point of this voluntary dismissal.

It is so **ORDERED**.

_____
ALETA A. TRAUGER


APPROVED FOR ENTRY:

HARVILL & ASSOCIATES, PC

By: _s/ Melanie Totty Cagle_____
    Melanie Totty Cagle, B.P.R. #19189
    Attorney for Plaintiff
    820 Highway 100
    Centerville, TN 37033-1110
    Phone: (931) 729-4659

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: \_\_s/ Russell E. Reviere_____
      Russell E. Reviere, B.P.R. #07166
      Attorney for Defendant
      209 East Main Street
      P.O. Box 1147
      Jackson, TN 38302-1147
      Phone: (731) 423-2414